IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TANYA SPENCER, | ) | |
| | ) | Civil No. 03:17-cv-01122-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| NORTH CLACKAMAS CHILD WELFARE, et al), | | |
| | ) | |
| Defendant(s). | ) | |

It was Ordered on 11/2/17 that Plaintiff shall file a notice of change of address within thirty (30) days or show cause why this action should not be dismissed for failure to prosecute. Plaintiff did not file a response or change of address with the court. It is therefore ORDERED that this case be DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 7th day of December, 2017.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge